# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SHAUGHN G. BOONE,**

    **Petitioner,**

v.                                 Case No. 2:13—cv—537

**WARDEN, MARION CORRECTIONAL**      Judge Michael H. Watson
**INSTITUTION,**

    **Respondent.**

## ORDER

On September 6, 2013, the United States Magistrate Judge recommended that Respondent's motion to dismiss, ECF No. 10, be denied as moot in light of the fact that final judgment had already been entered in the case. *Report and Recommendation*, ECF No. 11. Although the parties were advised of their right to file objections and of the consequences of their failure to do so, there has been no objection filed.

The *Report and Recommendation*, Doc. No. 11, is **ADOPTED AND AFFIRMED**. The motion to dismiss, Doc. No. 10, is **DENIED as MOOT**.

IT IS SO ORDERED.

                                         */s/ Michael H. Watson*
                                         **MICHAEL H. WATSON, JUDGE**
                                         **UNITED STATES DISTRICT COURT**